UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGEL RECTOR,

    Plaintiff,

    v.

ANITRA PARRIS STECKENRIDER, individually and in her official capacity, and WEXFORD HEALTH SOURCES, INC.,

    Defendants.

Case No. 14-cv-878-JPG-PMF

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court on the suggestion of bankruptcy filed by defendant Anitra Parrish Steckenrider (Doc. 13). Steckenrider has informed the Court that she has filed a petition for Chapter 13 bankruptcy in case number 12-40245-lkg (petition filed February 27, 2012). She invokes the automatic stay imposed pursuant to 11 U.S.C. § 362(a), which states that a Chapter 13 bankruptcy petition operates as a stay as to "the . . . continuation . . . of a judicial . . . action or proceeding against the debtor *that was or could have been commenced before the commencement of the [bankruptcy] case . . .*, or to recover a claim against the debtor *that arose before the commencement of the [bankruptcy] case. . . .*" 11 U.S.C. § 362(a)(1) (emphasis added). However, the conduct plaintiff Angel Rector alleges in the complaint occurred between January 1, 2013, and January 1, 2014, well *after* Steckenrider filed her bankruptcy petition. Thus, the Court has doubts about whether the automatic stay of 11 U.S.C. § 362(a) applies to this case. Accordingly, the Court **ORDERS** Steckenrider to **SHOW CAUSE** on or before November 7, 2014, why the Court should stay the claims in this case against her. Regardless of whether Steckenrider responds to this show cause order, other parties may file briefs on this issue on or before November 21, 2014.

**IT IS SO ORDERED.**
**DATED: October 22, 2014**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **U.S. District Judge**